

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00431-CR

Julian Cedrick **BELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8623
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED. The portion of the trial court's judgment imposing sentence is REVERSED, and the cause is REMANDED to the trial court for a new punishment hearing.

SIGNED August 7, 2013.

_____
Luz Elena D. Chapa, Justice